

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>The location more particularly described in Attachments A and A6 | ) ) ) ) ) ) Case No.   MJ20-458 (6) |

FILED ___ LODGED ___
___ RECEIVED
Aug 05, 2020
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Western    District of    Washington
*(identify the person or describe the property to be searched and give its location)*:

The location more particularly described in Attachments A and A6, incorporated by reference herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated by reference herein.

**YOU ARE COMMANDED** to execute this warrant on or before    August 7, 2020    *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    any Magistrate Judge in this District    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 7/24/2020, 9:15 am                                              /s/ *Judge's signature*

City and state:   Seattle, Washington                                              Brian A. Tsuchida, United States Magistrate Judge
                                                                                  *Printed name and title*

USAO 2019R00460

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| MJ20-458 | July 28, 2020  0430 A.M. | AT Residence |

Inventory made in the presence of: SA Don Mencano

Inventory of the property taken and name of any person(s) seized:

See Attached DEA-12

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: July 28, 2020

*Executing officer's signature*

Steve Meyer  SA
*Printed name and title*

Received  8/5/2020  JRC

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (Including ZIP CODE), if applicable) | FILE NO. | G-DEP IDENTIFIER |
|---|---|---|
| Cynthia Garcia<br>29847 42nd Avenue South<br>Auburn, Washington | FILE TITLE | |
| | DATE  July 28, 2020 | |

**DIVISION/DISTRICT OFFICE**
Seattle/Tacoma
Steve Meyer 7/24/20 TFO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Cal Tech 7-RAJ40 with mag | evidence - ATF seiz |
| 1 | Colt 221R-6357-@ C w/m | ATF seized |
| 1 | Assorted Ammunition Rm.10 .22 LR P×7 270 Winchester | ATF seized evid |
| 1 | -6/615248-SKS w/mag | ATF - seized |
| 1 | SKS Ammunition 7.62 | ATF - seized |
| 1 | Suspected meth - Rm 3 | evidence |
| 1 | Room 10 13 spent shells, amm Ammunition .22 shells, 4/rl | ATF - seized evid |
| 1 | Ammunition Rm 12 .45 cal Rnd | ATF - seized evidence |
| 1 | Ammunition - Amm - Rifle Rm 3 35 | ATF - seized evidence |
| 1 | Pills - suspected M30 | evidence |
| 1 | Alaska USA Federal Credit Union - DJC | evidence |

| RECEIVED BY (Signature) | NAME AND TITLE (Print or Type) |
|---|---|
| /s/ | Steve Meyer SA |
| WITNESSED BY (Signature) | NAME AND TITLE (Print or Type) |
| /s/ | Daniel Marcano SA |

FORM DEA-12 (9-00) Previous editions obsolete